# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY G. LOWE, | Case No.: 2:24-cv-01689-DJC-DMC |
| Plaintiff, | |
| v. | **CONSENT ORDER** |
| DEBRA A. HAALAND, | |
| Defendant. | |

Each of the parties in the above-captioned case consented to the jurisdiction of a United States Magistrate Judge under 28 U.S. Code § 636(c)(1). *See* ECF No. 5. *See also* ECF No. 9.

The undersigned, having reviewed the file herein, good cause appearing, recommends that the above-captioned case be referred to the assigned Magistrate Judge for review, and if approved, be reassigned to said judge for all further proceedings, including, if appropriate, authority to enter a final judgment in the action. *See* E.D. Cal. L.R. 305(b). *See also* Fed. R. Civ. P. 73(a).

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court reassign this case to the Honorable Magistrate Judge Dennis M. Cota for all further proceedings including, but not limited to, motions to dismiss, motions for summary judgment, a jury or non-jury trial, and entry of final judgment;
2. All deadlines and pending dates previously set before Judge Calabretta be VACATED and RESET before the assigned Magistrate Judge; and
3. The parties take note that all documents hereafter filed with the Clerk of the Court bear case number: 2:24-cv-01689-DMC.

IT IS SO ORDERED.

DATED: August 26, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings, including entry of final judgment.

Dated: August 26, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE