UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY G. LOWE,<br><br>                Plaintiff,<br><br>v.<br><br>DEBRA A. HAALAND, in her official capacity as Secretary of the United States Department of the Interior,<br><br>                Defendant. | CASE NO. 2:24-cv-01689-DMC<br><br>**ORDER AMENDING CASE CAPTION** |

      Based on the dismissal of Joseph R. Biden, in his official capacity as President of the United States, and the United States Department of the Interior, *see* ECF No. 7, the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 10, the case caption is amended to identify only the current defendant in this case, Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, as shown above.

      IT IS SO ORDERED.

Dated: August 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE