IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LOWE, | No. 2:24-CV-1689-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEBRA HAALAND, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. This matter is set for an initial status/scheduling conference before the undersigned on October 16, 2024, at 1:30 p.m., via Zoom. On or before October 9, 2024, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: September 19, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1