IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LOWE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBRA A. HAALAND,<br><br>　　　　Defendant. | No.  2:24-CV-1689-DMC<br><br><br>ORDER |

　　　　Plaintiff brings this civil action.  Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c); see also ECF No. 10 (order reassigning action).  Pending before the Court is Defendant's motion to stay proceedings pending a restoration of government appropriations.  See ECF No. 29. Plaintiff has filed a response.  See ECF No. 30.

　　　　In her motion, Defendant seeks a complete stay of proceedings until such time as government appropriations are restored. See ECF No. 29.  Defendant also seeks an order vacating all dates deadlines set forth in the Court's October 24, 2024, scheduling order.  See id.  Plaintiff opposes the request to the extent Defendant seeks an order vacating the dispositive motion hearing date, the pre-trial conference date, and the jury trial commencement date.  See ECF No. 30.

/ / /

1  Plaintiff's objection is well taken. Good cause appearing therefor due to the lapse in government appropriations, the Court will grant Defendant's motion in part.

  Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion, ECF No. 29, is granted in part.

2. This matter is stayed for 60 days or until such time as government appropriations are restored, whichever date is sooner.

3. The following deadlines are vacated: (a) the deadline for completion of non-expert discovery; (b) the deadline for initial designations of expert witnesses; (c) the deadline for rebuttal designations of expert witnesses; and (d) the deadline for completion of expert discovery.

4. The dispositive motion hearing date, pre-trial conference date, and jury trial commencement date remain in place, as do the deadlines associated with motions in limine and filing of a joint pre-trial conference statement.

5. Within 60 days of the date of this order, or within seven days of restoration of government appropriations, whichever is sooner, the parties shall file a joint status report setting forth mutually agreeable dates and deadlines to replace those vacated by this order.

Dated: October 24, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE