**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CASEY LOWE,

      Plaintiff,

      v.

DEBRA A. HAALAND,

      Defendant.

No.  2:24-CV-1689-DMC

ORDER

Plaintiff brings this civil action.  Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c); see also ECF No. 10 (order reassigning action).  The parties have filed a stipulation of voluntary dismissal.  See ECF No. 42.  Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed with prejudice on the parties' notice.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties shall bear their own costs, expenses, and fees. The Clerk of the Court is directed to terminate all pending motions, vacate all court dates, and close this file.

      IT IS SO ORDERED.

Dated:  April 16, 2026

_____

DENNIS M. COTA

UNITED STATES MAGISTRATE JUDGE

1